UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 SEP 27 AM 9: 36

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. '07 MJ 2330 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| v. | ) | Title 18, U.S.C., Section 111(a)(1) & 1114, |
| | ) | Assault on a Federal Officer (Felony) |
| Cesar SANCHEZ-Martinez, | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| | ) | Deported Alien Found in the |
| Defendant | ) | United States |
| | ) | |

The undersigned complainant, being duly sworn, states:

COUNT ONE

On or about **September 25, 2007**, within the Southern District of California, defendant **Cesar SANCHEZ-Martinez,** did knowingly and intentionally, willfully and forcibly assault, resist, oppose, impede and interfere with a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Saddy Jaramillo Jr., in that defendant, in an attempt to resist arrest, by striking, at Agent Jaramillo while Agent Jaramillo was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

COUNT TWO

On or about **September 25, 2007** within the Southern District of California, defendant, **Cesar SANCHEZ-Martinez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Cesar SANCHEZ-Martinez

## PROBABLE CAUSE STATEMENT

On September 25, 2007, Senior Patrol Agent S. Jaramillo was assigned to Border Patrol Operations in the vicinity of Marron Valley in San Diego, California. This area is approximately fourteen miles east of the Otay Mesa, California Port of Entry, and approximately four miles north of the International Border Boundary between Mexico and the United States.

At approximately 9:45 AM, while responding to a sensor activation Agent Jaramillo encountered a group of ten individuals attempting to make their way north by walking along the 12 road near Marron Valley Road and the Chicken Ranch in Dulzura, California. The group suddenly stopped and reversed direction when they spotted Agent Jaramillo's service vehicle. Agent Jaramillo exited his vehicle and ran after the group. Agent Jaramillo was able to apprehend seven of the ten individuals. Agent Jaramillo approached the individuals and identified himself as a United States Border Patrol Agent. Agent Jaramillo was able to observe where the other three individuals absconded. After a brief search of the area and with the assistance of Border Patrol air support, Agent Jaramillo was able to locate the other three individuals. Two of the remaining three individuals were apprehended. The third individual, later identified as the defendant **Cesar SANCHEZ-Martinez**, again fled the immediate area. Agent Jaramillo located the defendant and tried to take him into custody. The defendant then became combative and actively resisted arrest. Agent Jaramillo created distance between himself and the defendant. The defendant began kicking Agent Jaramillo in the legs. Agent Jaramillo attempted to use his expandable steel baton. The defendant grabbed the baton and wrestled it away from Agent Jaramillo. Agent Jaramillo drew his firearm. The defendant dropped the baton and submitted to arrest. Agent Jaramillo, along with the remainder of the group, returned to the initial group. Agent Jaramillo then asked each of the individuals as to what country they were citizens or nationals and whether or not they were in possession of documents allowing them to legally enter or remain in the United States. All of the subjects, including the defendant Cesar SANCHEZ-Martinez, admitted to being citizens and nationals of Mexico and that they were not in possession of any immigration documents. All ten subjects were arrested and transported to the 94 Checkpoint Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 12, 2007** through the Port of Entry at **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights in the Spanish language. The defendant stated that he illegally entered the United States by walking across the International Border near Otay Mesa, California. The defendant stated that he does not have any immigration documents that would allow him to legally enter or remain in the United States.