AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 07MJ2330

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CESAR SANCHEZ-MARTINEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/1/2007 | s/ HEATHER R. ROGERS |
| Date | Signature |
| | Heather R. Rogers / Federal Defenders of SD — 229519 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |