FILED

OCT - 2 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SANCHEZ-MARTINEZ, CESAR,<br><br>　　　　　Defendant. | Criminal Case No.:　07 cr<br>Magistrate Case No.:　07 mj 2330<br><br>**ORDER RELEASING MATERIAL WITNESSES ISMAEL PEREZ-PEREZ and OSCAR GARCIA-GONZALES aka OSCAR GARCIA-VALENZUELA** |
|---|---|

　　　On application of Gayle Mayfield-Venieris, attorney for the below-named material witnesses:

　　　**IT IS HEREBY ORDERED** that the following named persons heretofore committed to the custody of the United States Marshal as material witnesses, be released from custody to

///

///

///

///

///

///

///

U.S. v. Sanchez-Martinez, Cesar (07 mg 2330)(07 cr    )
Release Order for Material Witnesses Ismael Perez-Perez And Oscar Garcia-Gonzalez aka Oscar Garcia-Valenzuela

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

1 Homeland Security or any other responsible governing agency and returned to their country of
2 origin, pursuant to the Government's Motion for Reconsideration.
3                          **ISMAEL PEREZ-PEREZ**
4         **OSCAR GARCIA-GONZALES aka OSCAR GARCIA-VALENZUELA**

6 Date: October 2, 2007

7                                By: /s/ Ruben B. Brooks
8                                    Hon. RUBEN B. BROOKS
                                     UNITED STATES MAGISTRATE JUDGE

2 of 2
U.S. v. Sanchez-Martinez, Cesar (07 mg 2330)(07 cr   )
Release Order for Material Witnesses Ismael Perez-Perez And Oscar Garcia-Gonzalez aka Oscar Garcia-Valenzuela

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066