```
                                        FILED
                                      OCT 30 2007
                                 CLERK, U.S. DISTRICT COURT
                               SOUTHERN DISTRICT OF CALIFORNIA
                                 BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2934-JLS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 111 (a) – Assault on a Federal Officer (Misdemeanor) |
| CESAR SANCHEZ-MARTINEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 25, 2007, within the Southern District of California, defendant CESAR SANCHEZ-MARTINEZ, did willfully and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 1114, namely, United States Border Patrol Agent Saddy Jaramillo, Jr., while Agent Jaramillo was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111 (a), a misdemeanor.

DATED: 10/30/07.

KAREN P. HEWITT
United States Attorney

*[signature]*

AARON B. CLARK
Assistant U.S. Attorney

ABC:pcf:San Diego
10/11/07