AO 455 (Rev. 5/85) Waiver of Indictment



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| CESAR SANCHEZ-MARTINEZ | CASE NUMBER: 07CR2934-JLS |

I, CESAR SANCHEZ-MARTINEZ, the above-named defendant, who is accused of committing the following offense:

Assault on a Federal Officer, on or about September 25, 2007, in violation of Title 18, United States Code, Section 111(a) (Misdemeanor).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __10/30/7__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
CESAR SANCHEZ-MARTINEZ
Defendant

_____
HEATHER R. ROGERS
Defense Counsel for
CESAR SANCHEZ-MARTINEZ

Before _____
Judicial Officer

FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY