UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Complaint No. 07CR2934-JLS / 07mj2330

Indictment/Information No. _____

UNITED STATES OF AMERICA )
)
vs. )
)
Cesar Sanchez-Martinez )   CONSENT TO BE TRIED BY
)   U.S. MAGISTRATE JUDGE
)
)

FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned defendant charged with 18 USC 111 (a) a misdemeanor against the laws of the United States in the Southern District of California appearing before United States Magistrate Judge who has fully apprised the defendant of the right to elect to trial, judgment and sentencing by a District Judge of the United States District Court which has jurisdiction of the offense, and explained the consequences of this consent, does hereby consent to be tried before the Magistrate on the charge hereinbefore stated, as authorized by Section 3401 of Title 18 of the United States Code and waives trial, judgment and sentencing by a District Judge.

The undersigned defendant, having been fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, does hereby waive the right to a trial by jury and requests the Court to try all charges in this case without a jury. _CSM_ Yes ____ No. (Initial One)

DATED: 11/20/07

X _____
Defendant

_____
Witness

forms\crim-41
5/91